IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A BUDGET TREE SERVICE, INC.,

     Appellant,

v.

JOSEPH VALIN,

     Appellee.

_____/

Case No.    5D22-433
LT Case No. 2020-SC-042279-O

Decision filed November 22, 2022

Appeal from the County Court
for Orange County,
Amy J. Carter, Judge.

Lisa C. McCrystal, of Wharton Law
Group, P.A., Oviedo, for Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


SASSO, TRAVER and NARDELLA, JJ., concur.